UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RASHELL FREI, | 2:12-cv-01750-RCJ-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Supplemental Joint Status Report and Requested Stay of Litigation #15] |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; | |
| Defendant. | |

Before the Court is Supplemental Joint Status Report and Requested Stay of Litigation. (#15).

The parties have reached a settlement which is dependent upon approval by Plaintiff's Bankruptcy Judge. *Id.* The parties request the Court to stay discovery pending the decision of the Bankruptcy Judge on the Motion for Approve of Settlement.

IT IS HEREBY ORDERED that the Supplemental Joint Status Report and Requested Stay of Litigation (#15) is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed until April 29, 2013.

IT IS FURTHER ORDERED that a status report must be filed on or before April 29, 2013.

DATED this 11th day of March, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE