# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RASHELL FREI, | 2:12-cv-01750-RCJ-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | [Supplemental Joint Status Report and Requested Stay of Litigation #18] |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; | |
| Defendant. | |

Before the Court is the Supplemental Joint Status Report and Requested Stay of Litigation. (#18).

The parties have reached a settlement which is dependent upon approval by Plaintiff's Bankruptcy Judge. *Id.* The parties request the Court to stay discovery pending the decision of the Bankruptcy Judge on the Motion to Approve the Settlement. The Bankruptcy Judge has set a hearing on the Motion to Approve the Settlement for May 10, 2013. *Id.*

IT IS HEREBY ORDERED that the Supplemental Joint Status Report and Requested Stay of Litigation (#18) is GRANTED.

IT IS FURTHER ORDERED that discovery is stayed until June 10, 2013.

IT IS FURTHER ORDERED that an Amended Discovery Plan and Scheduling Order or a Stipulation for Dismissal must be filed on or before June 10, 2013.

DATED this 1st day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE